**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>Felicity A. Ferrell,<br><br>                    Debtor | Chapter 13<br>Case No. 18-10052 |

**ORDER DENYING ORAL MOTION FOR SANCTIONS**

During a hearing on March 20, 2019, counsel for Kevin Hall orally moved the Court for an order imposing sanctions. Counsel did not identify the legal basis for the relief requested, the person or persons against whom sanctions were sought, or the specific sanction sought. Counsel did not make an offer of proof and did not ask the Court to conduct an evidentiary hearing on the motion. Instead, Mr. Hall's counsel indicated, after making the oral motion, that she would file a written motion for sanctions "in case [the Court] want[s] it in writing."

The oral motion for sanctions is hereby denied. The motion falls considerably short of the factual and legal hurdles that must be crossed before a federal court will sanction a party or its counsel for conduct in a case under Title 11.

Dated: March 26, 2018

Michael A. Fagone
United States Bankruptcy Judge
District of Maine